UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY FURRY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BNSF RAILWAY COMPANY, )<br>)<br>Defendant. ) | Case No. 4:13-cv-999-HEA |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Larry Furry, Vernon Shartzer, Danny Tankersley, and Defendant BNSF Railway Company, by their respective attorneys, inform the Court that the above-captioned case has settled. As a result, Plaintiffs hereby dismiss their complaint and this action with prejudice, each party to pay its own costs.

Dated: May 7, 2014              Respectfully submitted,

s/ Jerome J. Schlichter
Jerome J. Schlichter
Jacob Murov
SCHLICHTER, BOGARD & DENTON
100 South Fourth Street, Ste. 900
St. Louis, Missouri 63102
Phone: (314) 621-6115
Fax: (314) 621-7151
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing was served electronically via CM/ECF, on this 7th day of May, 2014 upon all counsel of record in this case.


               s/ Jerome J. Schlichter